. WALYOCSIK ET AL. *v.* NICOLAU.

[No. 10,890.  Filed May 20, 1921.]

From Lake Superior Court; *Charles E. Greenwald,* Judge.

Action between Dan Walyocsik and another and Sofocles Nicolau.  From the judgment rendered, the former appeal.  *Affirmed.*

*Burns & Wells, Green, Beverly & Rice* and *Charles E. Green,* for appellants.
*George P. Rose,* for appellee.

PER CURIAM.—Judgment affirmed.